```
                              FILED
                              June 4, 2012
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THOMAS EDWARD AGUERO, ) <br> ) <br> Defendant. ) | Case No. 2:12-MJ-00147-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS EDWARD AGUERO, Case No. 2:12-MJ-00147-EFB, Charge Title 18 U.S.C. § 2252(a)(2), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ 10,000 (co-signed)

        ✔    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ✔    (Other)    With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 4, 2012 at 2:40 pm.

By _____
Dale A. Drozd
United States Magistrate Judge