1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   THOMAS AGUERO
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,     )  NO. CR.S-12-230-WBS
11                               )
                Plaintiff,       )
12                               )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                       )  **CONTINUING STATUS CONFERENCE**
13                               )  **AND EXCLUDING TIME**
   THOMAS AGUERO,                )
14                               )  Date: November 19, 2012
                Defendant.       )  Time: 9:30 a.m.
15 _____ )  Judge: Hon. William B. Shubb

16      IT IS HEREBY STIPULATED by and between the parties hereto through
17 their respective counsel, MICHELLE PRINCE, Assistant United States
18 Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19 THOMAS AGUERO, that the status conference hearing date of October 22,
20 2012 be vacated, and the matter be set for status conference on
21 November 19, 2012 at 9:30 a.m.
22      The reason for this continuance is to allow defense counsel
23 additional time to review discovery with the defendant, to examine
24 possible defenses and to continue investigating the facts of the case.
25      Based upon the foregoing, the parties agree that the time under
26 the Speedy Trial Act should be excluded from the date of signing of
27 this order through and including November 19, 2012 pursuant to 18
28

U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 16, 2012.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Matthew Scoble
                                            MATTHEW SCOBLE
                                            Designated Counsel for Service
                                            Attorney for THOMAS AGUERO

DATED: October 16, 2012.                    BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Matthew Scoble for
                                            MICHELLE PRINCE
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 22, 2012, status conference hearing be continued to November 19, 2012, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the November 19, 2012 status conference shall be excluded from computation

1  of time within which the trial of this matter must be commenced under
2  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
3  and Local Code T-4, to allow defense counsel reasonable time to
4  prepare.
5  Dated:  October 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE