DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS AGUERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>THOMAS AGUERO,               )<br>                             )<br>            Defendant.       )<br>_____) | NO. CR.S-12-230-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  December 3, 2012<br>Time:  9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE PRINCE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for THOMAS AGUERO, that the status conference hearing date of November 19, 2012 be vacated, and the matter be set for status conference on December 3, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 3, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   November 15, 2012.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender


                                               /s/ Matthew Scoble
                                               MATTHEW SCOBLE
                                               Designated Counsel for Service
                                               Attorney for THOMAS AGUERO


DATED:   November 15, 2012.                    BENJAMIN WAGNER
                                               United States Attorney


                                               /s/ Matthew Scoble for
                                               MICHELLE PRINCE
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 19, 2012, status conference hearing be continued to December 3, 2012, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 3, 2012 status conference shall be excluded from computation

1  of time within which the trial of this matter must be commenced under
2  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
3  and Local Code T-4, to allow defense counsel reasonable time to
4  prepare.
5  Dated:   November 15, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE