1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   THOMAS AGUERO
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       )  NO. Cr.S-12-230-WBS
11                                  )
                Plaintiff,          )
12                                  )  **STIPULATION AND [PROPOSED] ORDER;**
      v.                            )  **CONTINUING STATUS CONFERENCE**
13                                  )  **AND EXCLUDING TIME**
   THOMAS AGUERO,                   )
14                                  )  Date: February 11, 2013
                Defendant.          )  Time: 9:30 a.m.
15 _____ )  Judge: Hon. William B. Shubb

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MICHELLE PRINCE, Assistant United States
18
   Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19
   THOMAS AGUERO, that the status conference hearing date of January 22,
20
   2013 be vacated, and the matter be set for change of plea on February
21
   11, 2013 at 9:30 a.m.
22
        The reason for this continuance is to allow defense counsel
23
   additional time to review discovery with the defendant, to examine
24
   possible defenses and to continue investigating the facts of the case.
25
        Based upon the foregoing, the parties agree that the time under
26
   the Speedy Trial Act should be excluded from the date of signing of
27
   this order through and including February 11, 2013 pursuant to 18
28

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 15, 2013.                    Respectfully submitted,

                                            JOSEPH SCHLESINGER
                                            Acting Federal Public Defender


                                            /s/ Matthew Scoble
                                            MATTHEW SCOBLE
                                            Designated Counsel for Service
                                            Attorney for THOMAS AGUERO

DATED: January 15, 2013.                    BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Matthew Scoble for
                                            MICHELLE PRINCE
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


                                     ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 22, 2013, status conference hearing be continued to February 11, 2013, at 9:30 a.m. for a change of plea. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 11, 2013 change of plea shall be excluded

2

1  from computation of time within which the trial of this matter must be
2  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
4  reasonable time to prepare.
5  Dated:   January 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE