JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS AGUERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | NO. Cr.S-12-230-WBS |
|                                   ) | |
|             Plaintiff,            ) | |
|                                   ) | **STIPULATION AND [PROPOSED] ORDER;** |
|     v.                            ) | **CONTINUING STATUS CONFERENCE** |
|                                   ) | **AND EXCLUDING TIME** |
| THOMAS AGUERO,                    ) | |
|                                   ) | Date: February 19, 2013 |
|             Defendant.            ) | Time: 9:30 a.m. |
| _____   ) | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE PRINCE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for THOMAS AGUERO, that the status conference hearing date of February 11, 2013 be vacated, and the matter be set for change of plea on February 19, 2013 at 9:30 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 19, 2013 pursuant to 18

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 8, 2013.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH SCHLESINGER
　　　　　　　　　　　　　　　　　　　　Acting Federal Public Defender


　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble
　　　　　　　　　　　　　　　　　　　　MATTHEW SCOBLE
　　　　　　　　　　　　　　　　　　　　Designated Counsel for Service
　　　　　　　　　　　　　　　　　　　　Attorney for THOMAS AGUERO

DATED: February 8, 2013.　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble for
　　　　　　　　　　　　　　　　　　　　MICHELLE PRINCE
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 11, 2013, status conference hearing be continued to February 19, 2013, at 9:30 a.m. for a change of plea. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the February 19, 2013 change of plea shall be excluded

from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   February 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE