1
2
3
4

BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

THOMAS EDWARD AGUERO,

        Defendant.

2:12-CR-00230-WBS

FINAL ORDER OF FORFEITURE

17

18

19

20

     WHEREAS, on or about March 25, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Thomas Edward Aguero forfeiting to the United States the following property:

21

22

23

        a.    One e-machines desktop computer, serial number CGM84-100-10576, model W3050,

        b.    One WD portable hard drive, serial number WCAV53819881.

24

25

26

27

28

     AND WHEREAS, beginning on March 27, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

1

1  interest in the forfeited property;

2       AND WHEREAS, the Court has been advised that no third party has filed a claim

3  to the subject property, and the time for any person or entity to file a claim has expired.

4       Accordingly, it is hereby ORDERED and ADJUDGED:

5       1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of

6  America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §

7  2253 to be disposed of according to law, including all right, title, and interest of Thomas

8  Edward Aguero.

9       2.    All right, title, and interest in the above-listed property shall vest solely in

10 the name of the United States of America.

11      3.    The U.S. Marshals Service shall maintain custody of and control over the

12 subject property until it is disposed of according to law.

13      SO ORDERED.

14 Dated:  January 24, 2014

15 _____
   WILLIAM B. SHUBB
16 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture